Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

E-filing

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NORMAN ISHAQ DUDUM, INDIVIDUALLY and d/b/a TAQUERIA EL ZORRO, <br><br> Defendant. | Case No. CV 08 1470 <br><br> CERTIFICATION AS TO INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**PARTIES**

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile: (626) 799-9795

1  *Defendant*, Norman Ishaq Dudum, individually and d/b/a Taqueria El Zorro

2  308 Columbus Avenue
3  San Francisco, CA 94133

4

5  Dated:   3/14/08

6                                              LAW OFFICES OF THOMAS P. RILEY, P.C.
                                                By: Thomas P. Riley
7                                               Attorney of Record for
                                                J & J Sports Productions, Inc.
8

9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///