1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

                                                                                No. C

    Plaintiff(s),                 **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

  v.                                        **AND**
                                            **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

    Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____         Signature_____

                                                            Counsel for _____
                                                            (Plaintiff, Defendant, or indicate "pro se")