| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. (626) 799-9797 | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | tprlaw@att.net<br>Ref. No. or File No.<br>TAQUERIA EL ZORO 3/19/05 | |
| ATTORNEY FOR (Name): PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT
DUDUM

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: CV081470 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served: NORMAN ISHAQ DUDUM, INDIVIDUALLY AND D/B/A TAQUERIA EL ZORRO

4. Address where the party was served: 308 COLUMBUS AVENUE
   (Residence) SAN FRANCISCO, CA 94133

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: May 7, 2008 at: 11:25 am
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. A. ESQUER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $80.00
   e. I am: (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: 3101
      (iii) County: LOS ANGELES

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

A. ESQUER

Judicial Council form POS-010 Rev. 01/01/07              PROOF OF SERVICE                              13024-1asgenp