Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sorts Productions, Inc., | Case No. 3:08-cv-01470-SI |
| Plaintiff, | **REQUEST TO ENTER DEFAULT** |
| vs. | |
| Norman Ishaq Dudum, individually and d/b/a Taqueria El Zorro, | |
| Defendant. | |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff, J & J Sports Production, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant **Norman Ishaq Dudum, individually and d/b/a Taqueria El Zorro,** on the grounds that said Defendant has failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

///

///

1  Said Defendant was duly served with the Summons and Complaint, evidenced by
2  the Proof of Service on file with this Court.
3
4
5
6  Dated: May 30, 2008          /s/ Thomas P. Riley
                                **LAW OFFICES OF THOMAS P. RILEY,  P.C**.
7                               By: Thomas P. Riley
                                 Attorneys for Plaintiff
8                                J & J Sports Production, Inc.
9
10  ///
11  ///
12
13  ///
14  ///
15
16  ///
17  ///
18
19  ///
20  ///
21
22  ///
23  ///
24
25  ///
26  ///
27  ///
28

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 30, 2008, I served:

**REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Norman Ishaq Dudum  (Defendant)
308 Columbus Avenue
San Francisco, CA 94133

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 30, 2008, at South Pasadena, California.

Dated: May 30, 2008                    */s/ Emily Stewart*
                                        EMILY STEWART

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiff
J & J Sports Productions. Inc.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc<br><br>Plaintiff,<br><br>vs.<br><br>Norman Ishaq Dudum, et al.<br><br>Defendant. | Case No. 3:08-cv-01470-SI<br><br>AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT |

**To: The Clerk of the above-entitled Court:**

I, Thomas P. Riley, declare as follows:

1.  I am the attorney for J & J Sports Production, Inc., in the above-entitled action.

2.  On May 7, 2008, Defendant was duly served with Summons and Complaints and supplemental suit papers filed in this action.

3.  On or about May 19, 2008, the Proof of Service, evidencing same was filed with the Court.

4. The Defendant has not appeared in this action and has not responded to the Complaint within the time permitted by law.

5. Defendant is not an infant, incompetent person or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

6. Plaintiff respectfully requests default in its favor.

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

Respectfully submitted,

Dated: May 30, 2008        */s/ Thomas P. Riley*
                           **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                           By: Thomas P. Riley
                           Attorneys for Plaintiff
                           J & J Sports Productions, Inc

///
///
///
///
///
///
///
///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 30, 2008, served:

**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Norman Ishaq Dudum  (Defendant)
308 Columbus Avenue
San Francisco, CA 94133

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 30, 2008, at South Pasadena, California.

Dated:  May 30, 2008              */s/ Emily Stewart*
                                  **EMILY STEWART**