Daniel T. Bernhard (CSB #104229)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332

Attorneys for Defendant
Norman Ishaq Dudum d/b/a Taqueria El Zorro

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORMAN ISHAQ DUDUM, INDIVIDUALLY and d/b/a TAQUERIA EL ZORRO, <br><br> Defendant. | CASE NO.: CV 08 1470 SI <br><br> (Reassigned from Magistrate Judge Bernard Zimmerman) <br><br> **DEFENDANTS' OPPOSITION TO ENTRY OF ANY DEFAULT** |

    Defendants' herein, Norman Dudum and Taqueria El Zorro, object to the entry of any default against them, and specifically object to the clerk entering any such default at this time, based on the following:

    First, defendants have just as of this date formally retained counsel, as a consequence of defendant being required to be out of the state of California for several days in mid-May, and defendants expect, intend and desire to defend fully against each of the purported claims in the Complaint;

    Second, defendants deny each of the substantive claims and material allegations contained in the Complaint;

    Third, defendants have numerous meritorious defenses to the purported claims alleged in the

1

{00117917-1}

Complaint and desire and should be entitled to present those when appropriate; these include the absence of any basis to hold Mr. Dudum individually liable on any purported claim; and

Fourth, defendants request that they be permitted to file a responsive pleading to the Complaint herein on or before June 6, 2008, or on whatever other date the Court specifies.

This lawsuit is based on complex statutory claims that require investigation and analysis. Those claims also present issues that implicate defendants' insurance coverage, and such issues require time to explore and consider. Moreover, the Complaint is based on a single alleged broadcast, and defendants believe and expect that they will prevail on the merits if they have the opportunity.

Based on the foregoing, ample good cause exists for not entering any default at this time, and for permitting defendants to file a responsive pleading by June 6, 2008.

Dated: June 2, 2008

FREELAND COOPER & FOREMAN LLP
DANIEL T. BERNHARD

By: _____
DANIEL T. BERNHARD
Attorneys for Defendants

### DECLARATION OF COUNSEL IN SUPPORT

I, Daniel T. Bernhard, declare

1. I am licensed to practice before this court and am a member of the law firm of Freeland Cooper & Foreman, LLP. The following facts are within my own personal knowledge, and if called upon I would and could testify competently to these facts.

2. My law firm was formally retained by defendants herein today. There is ample cause for additional time for Defendants to respond to the Complaint. My understanding is that Mr. Dudum was out of the state for several days around the time that the Complaint herein was purportedly served on him. The Complaint relies on complex statutory claims that require initial investigation and analysis. In addition, the purported claims in the Complaint present potential insurance issues for

{00117917-1}

defendants, who should be permitted to determine what coverage, if any, they may have available for defense or otherwise in this lawsuit.

3. The Complaint is based on a single alleged event: defendants purported broadcast once only of a sports event that was allegedly outside the express terms of defendants' contract. Defendants believe that this lawsuit has no merit, and that they will prevail if they entitled to present fully their defenses.

4. I attempted to contact plaintiff's counsel concerning defendants' response to the Complaint herein, and I was informed by his office that it is his policy not to discuss claims with counsel unless he is provided with a letter confirming that counsel's current representation. Such a policy makes it impossible to confer until representation is formalized, which for these defendants was today.

5. It is defendants' intention and request to file a responsive pleading to the Complaint by June 6, 2008, if the Court so permits, or on whatever other date the Court may specify.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2008 in San Francisco, CA.

Daniel T. Bernhard

{00117917-1}