**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 3, 2008

RE: <u>CV 08-01470 SI</u>     <u>J&J SPORTS PRODUCTIONS-v- NORMAN I. DUDUM</u>

Default is declined as to defendant Norman Ishaq Dudum, individually and d/b/a Taqeria El Zorro on June 3, 2008.

RICHARD W. WIEKING, Clerk

/s/
by: <u>Yumiko Saito</u>
Case Systems Administrator