# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Dudum,<br><br>                Defendant(s). | 08-01470 SI<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: July 11, 2008

                                                     RICHARD W. WIEKING
                                                     Clerk
                                                     by:    Lisa Salvetti

                                                     _____
                                                     ADR Administrative Assistant
                                                     415-522-2032
                                                     lisa_salvetti@cand.uscourts.gov

PROOF OF SERVICE

Case Name:      J & J Sports Productions, Inc. v. Dudum

Case Number:    08-01470 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 11, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Thomas Peter Riley
> Law Offices of Thomas P. Riley. P.C.
> First Library Square
> 1114 Fremont Avenue
> South Pasadena, CA 91030-3227
> tprlaw@att.net
>
> Daniel T. Bernhard
> FREELAND COOPER & FOREMAN LLP
> 150 Spear Street
> Suite 1800
> San Francisco, CA 94105
> bernhard@freelandlaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 11, 2008 in San Francisco, California.

            RICHARD W. WIEKING
            Clerk
            by:   Lisa Salvetti

*/s/ Lisa M. Salvetti*

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov