Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Norman Ishaq Dudum, et al.<br><br>Defendant. | CASE NO. CV 08-1470 SI<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT NORMAN ISHAQ DUDUM, individually and d/b/a TAQUERIA EL ZORRO |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant NORMAN ISHAQ DUDUM, individually and d/b/a Taqueria El Zorro, that the above-entitled action is hereby dismissed **with prejudice** against NORMAN ISHAQ DUDUM, individually and d/b/a Taqueria El Zorro to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 22, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 7/22/2008

FREELAND, COOPER & FOREMAN, LLP
By: Daniel T. Bernhard
Attorneys for Defendant
NORMAN ISHAQ DUDUM, individually and d/b/a
TAQUERIA EL ZORRO

IT IS SO ORDERED:

Dated:_____

The Honorable Susan Illston
United States District Court
Northern District of California

# PROOF OF SERVICE (SERVICE BY FAX)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 22, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT NORMAN ISHAQ DUDUM, individually and d/b/a TAQUERIA EL ZORRO**

On all parties in said cause by faxing same to the Defendant's counsel at the following fax no. **(415) 495-4332**:

Mr. Daniel T. Bernhard, Esquire      Attorneys for Defendant
FREELAND, COOPER & FOREMAN
150 Spear Street, Suite 1800
San Francisco, CA 94105

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 22, 2008, at South Pasadena, California.

Dated: July 22, 2008

_____
INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 08-1470 SI
PAGE 3