07/22/2008 14:38 LAW OFFICES OF THOMAS P RILEY → 14154954332 NO.902 D03

Case 3:08-cv-01470-SI   Document 16   Filed 07/25/2008   Page 1 of 3
Case 3:08-cv-01470-SI   Document 15   Filed 07/23/2008   Page 1 of 3

1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 | J & J Sports Productions, Inc.,        | CASE NO. CV 08-1470 SI
11 |                                         |
12 |              Plaintiff,                  | STIPULATION OF DISMISSAL OF
   |                                         | PLAINTIFF'S COMPLAINT
13 |         vs.                             | AGAINST DEFENDANT NORMAN
14 | Norman Ishaq Dudum, et al.               | ISHAQ DUDUM, individually and
   |                                         | d/b/a TAQUERIA EL ZORRO
15 |              Defendant.                  |
16

17     IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS
18 PRODUCTIONS, INC. and Defendant NORMAN ISHAQ DUDUM, individually and
19 d/b/a Taqueria El Zorro, that the above-entitled action is hereby dismissed with
20
21 **prejudice** against NORMAN ISHAQ DUDUM, individually and d/b/a Taqueria El
22 Zorro to the Court's jurisdiction to enforce the settlement agreement reached between
23 the Parties.
24 ///
25 ///
26 ///
27 ///
28

STIPULATION OF DISMISSAL
CV 08-1470 SI
PAGE 1

1   This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2   Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 22, 2008

*/s/ Thomas P. Riley/aa*

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 7/22/2008

FREELAND, COOPER & FOREMAN, LLP
By: Daniel T. Bernhard
Attorneys for Defendant
NORMAN ISHAQ DUDUM, individually and d/b/a
TAQUERIA EL ZORRO

IT IS SO ORDERED:

*/s/ Susan Illston*

The Honorable Susan Illston
United States District Court
Northern District of California

Dated:_____

STIPULATION OF DISMISSAL
CV 08-1470 SI
PAGE 2

# PROOF OF SERVICE (SERVICE BY FAX)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 22, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT NORMAN ISHAQ DUDUM, individually and d/b/a TAQUERIA EL ZORRO**

On all parties in said cause by faxing same to the Defendant's counsel at the following fax no. **(415) 495-4332**:

| | |
|---|---|
| Mr. Daniel T. Bernhard, Esquire<br>FREELAND, COOPER & FOREMAN<br>150 Spear Street, Suite 1800<br>San Francisco, CA 94105 | Attorneys for Defendant |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 22, 2008, at South Pasadena, California.

Dated: July 22, 2008

_____
INESA MAMIDJANYAN